**STATE of Missouri, Respondent,**

v.

**Stephen SARTAIN, Appellant.**

**No. WD 50204.**

Missouri Court of Appeals,
Western District.

Nov. 28, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1996.

Application to Transfer Denied
March 26, 1996.

Kenneth C. Hensley, Hensley & Hensley, Raymore, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

## *ORDER*

PER CURIAM:

Stephen Sartain was found guilty by a jury of one count of sodomy, § 566.060.3, RSMo Cum.Supp.1993, and one count of rape, § 566.030.3, RSMo Cum.Supp.1992. He was sentenced by the trial court to two concurrent fifteen-year terms of imprisonment. Mr. Sartain contends the trial court plainly erred by admitting the testimony of a nurse who examined the child victim and by admitting hearsay statements made by the victim.

The judgment of the trial court is affirmed. Rule 84.16(b).